An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARQUION SULLIVAN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63112

**FILED**

JUN 0 7 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a purported final order denying a post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

On April 24, 2013, appellant filed a proper person notice of appeal from the March 26, 2013, order of the district court. In that order, the district court denied grounds three, four, and five, but appointed counsel for further litigation of grounds one and two. Only the final decision of the district court is appealable. *See* NRS 177.015(3); NRS 34.575. Because the March 26, 2013, order is not a final order, we lack jurisdiction over this appeal. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-16080

cc: Hon. Stefany Miley, District Judge
Marquion Sullivan
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk